IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICK LEMUEL BASS, | ) | |
| | ) | CV. NO. 3:07cv887-WHA |
| v. | ) | CR. NO. 3:05cr112-WHA |
| | ) | |
| UNITED STATES OF AMERICA. | ) | |

**MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO PETITIONER'S MOTION TO VACATE, CORRECT, OR SET ASIDE SENTENCE**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, requesting an extension of time in which to respond to Petitioner's Motion to Vacate, Correct, or Set Aside Sentence pursuant to 28 U.S.C. § 2255, and in support of its request, states as follows:

1.  Petitioner's claims hinge upon this Court's determination of counsel's effectiveness.

2.  As of this filing, counsel has not responded to the Court's Order of October 10, 2007, directing her to address Petitioner's claims by October 30, 2007. On Monday, November 5, 2007, counsel advised that she was in trial but would be able to file the affidavit shortly after the trial had concluded.

3.  So that the United States may fully respond to each claim raised by Petitioner, it requests that the due date of the United States' response to the Petition be set for 10 (ten) days after the filing of counsel's affidavit addressing Petitioner's claims.

Respectfully submitted on this the 7th day of November, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Andrew O. Schiff
ANDREW O. SCHIFF
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
(334) 223-7280
(334) 223-7135 fax
andrew.schiff@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICK LEMUEL BASS, | ) | |
| | ) | CV. NO. 3:07cv887-WHA |
| v. | ) | CR. NO. 3:05cr112-WHA |
| | ) | |
| UNITED STATES OF AMERICA. | ) | |

**CERTIFICATE OF SERVICE**

     I hereby certify that on November 7, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant: Patrick Lemuel Bass, Reg. No. 11872-002, Federal Correctional Complex, USP Coleman II - Unit G1, P.O. Box 1034, Coleman, Florida 33521-1034.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/Andrew O. Schiff
ANDREW O. SCHIFF
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
(334) 223-7280
(334) 223-7135 fax
andrew.schiff@usdoj.gov