IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

PATRICK LEMUEL BASS,          )
                                         )
          Petitioner,         )
                                         )
v                                   )      Civil Action No. 3:07cv887-WHA
                                   )             (WO)
UNITED STATES OF AMERICA,     )
                                       )
          Respondent.      )

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the United States on November 7, 2007 (Doc. No. 3), and for good cause, it is

ORDERED that:

1. On or before November 16, 2007, Christine A. Freeman, former counsel for petitioner Patrick Lemuel Bass, shall (a) show cause why she has failed to file an affidavit in compliance with this court's order entered on October 10, 2007, and (b) file with this court and furnish the United States Attorney and the petitioner with copies of an affidavit addressing the claims of ineffective assistance of counsel presented in the petitioner's 28 U.S.C. § 2255 motion;

2. The motion for extension of time filed by the United States (Doc. No. 3) is GRANTED; and

3. The United States is GRANTED an extension from November 13, 2007, to and

including November 26, 2007, to file a response to the petitioner's § 2255 motion in

compliance with this court's order entered on October 10, 2007.

    Done this 7th day of November, 2007.




               /s/Susan Russ Walker
               SUSAN RUSS WALKER
               UNITED STATES MAGISTRATE JUDGE