**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                      TELEPHONE (334) 954-3600

November 26, 2007

# NOTICE OF ERROR

To:     All Counsel of Record

Case Style:   Bass v. United States of America

Case Number:   3:07cv00887-WHA

Referenced Pleading:   REPLY BRIEF

Docket Entry Number:   6

The referenced pleading was filed on ***November 21, 2007*** in this case and is hereby STRICKEN as a duplicate docket entry. This pleading was E-filed by counsel.

Docket Entry 6 was an erroneous duplicate docket entry. Parties are instructed to disregard #6 docketing entry and refer to docket entry # 7 for correction.