Request For documents
Case # 3:05cr112WHA ANd Case 3:07cv887WHA
Page 14

Therefore, movant asks that the Court grant the following relief: I would like A Copy oF my guilty plea proceeding transcripts and Count(1) and Count(2) INDICTMENTS in Case # 3:05cr112 WHA Patrick Bass usm 11872-002 or any other relief to which movant may be entitled. I am asking as well that the AFFidavit done by Christine Freeman and order by the Court on November 7 2007 that is to be Furnish to the United State Attorney and the petitioner. The AFFidavit was Filed on _____ the United State Attorney did receive there copy however the petitioner still has not receive his copy. See Copy oF order For AFFidavit case # 3:07cv887WHA Failed to Comply with Court order

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on Oct 1, 2007 received in Court Oct 3, 2007 (month, date, year).

Executed (signed) on November 30th 2007 (date).

_Patrick Bass 11872-002_
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion. _____

IN FORMA PAUPERIS DECLARATION

Patrick Bass 11872-002 I ask to proceed as a poor person
[Insert appropriate court]
*****
middle District oF ALABAma
oFFice oF the clerk
Post oFFice Box 711
montgomery, ALABAma 36101-0711

```
Sales Invoice --- G.B.G. ---
Coleman FCI
USP2
Account No. 11872002      CDA3043
BASS, PATRICK LEMUEL
11/30/2007 11:28:31 AM TX#5012100    A1
-----------------------------------------
BEGINNING BALANCES:
Available Balance is $0.92
Spending Limit Balance is $287.50
Account Balance is $0.92
=========================================
Qty  Description              Price
=========================================
 1   40601 JOLLY RANCH        $0.70

                   Total      $0.70

Charge 11872002              $0.70
-----------------------------------------
Items marked with * are Local Use Only

ENDING BALANCES:
Available Balance is $0.22
Spending Limit Balance is $286.80
Account Balance is $0.22
```

(signature) C A Alpin

Store Officer Colem usp 2
Signature
*** ALL SALES FINAL ***

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PATRICK LEMUEL BASS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v | ) Civil Action No. 3:07cv887-WHA |
| | ) (WO) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the United States on November 7, 2007 (Doc. No. 3), and for good cause, it is

ORDERED that:

1. On or before November 16, 2007, Christine A. Freeman, former counsel for petitioner Patrick Lemuel Bass, shall (a) show cause why she has failed to file an affidavit in compliance with this court's order entered on October 10, 2007, and (b) file with this court and furnish the United States Attorney and the petitioner with copies of an affidavit addressing the claims of ineffective assistance of counsel presented in the petitioner's 28 U.S.C. § 2255 motion;

2. The motion for extension of time filed by the United States (Doc. No. 3) is GRANTED; and

3. The United States is GRANTED an extension from November 13, 2007, to and

including November 26, 2007, to file a response to the petitioner's § 2255 motion in compliance with this court's order entered on October 10, 2007.

Done this 7th day of November, 2007.

/s/Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

---

COURT ORDER ON MOTION

(FACTS)

1) CHRISTINE FREEMAN DID FURNISH THE GOVERNMENT WITH THE AFFIDAVIT ON 16TH NOVEMBER 2007 PETITIONER PATRICK LEMUEL BASS DID NOT RECEIVE THIS AFFIDAVIT DATE, NOVEMBER 30TH, 2007. FAILED TO COMPLY WITH COURT ORDER.

(FACTS)

COURT ORDER FILED ON OCTOBER 10, 2007 AS TO THE GOVERNMENT'S RESPONSE THE GOVERNMENT SHALL IDENTIFY AND PRODUCE ALL DOCUMENTS AND COURT RECORDS.

) THE GOVERNMENT FAILED TO PRODUCE GUILTY PLEA PROCEEDINGS AND TRANSCRIPTS
) THE GOVERNMENT FAILED TO PRODUCE THE AFFIDAVIT DONE IS CHRISTINE FREEMAN.

THESE ARE PERTINENT DOCUMENTS IN DETERMINATION OF THE ISSUES PRESENTED IN THIS AIM.

) THE PETITIONER PATRICK LEMUEL BASS ASKS THAT THESE DOCUMENTS BE PRODUCED, BEFORE THE COURT IMPOSES A DEADLINE OF DECEMBER 17TH 2007, IN WHICH TO ANSWER TO THE GOVERNMENTS RESPONSE TO THE PETITIONER PATRICK LEMUEL BASS .2255 MOTION.

THE PETITIONER PATRICK LEMUEL BASS DOES HAVE THE RIGHT TO VIEW DOCUMENTS USED IN THE GOVERNMENTS RESPONSE MADE AGAINST PETITIONER'S CLAIMS RAISED IN HIS 2255 MOTION BEFORE HAVING TO ANSWER THE GOVERNMENT'S RESPONSE.

(RELIEF)

THE GOVERNMENT SHOULD HAVE ATTACHED THESE DOCUMENTS TO THEIR RESPONSE.

THE PETITIONER ASKS THE COURT THAT THESE DOCUMENTS BE FURNISHED TO THE PETITIONER PATRICK LEMUEL BASS BEFORE HE IS ORDERED TO ANSWER TO THE GOVERNMENTS RESPONSE.

# CERTIFICATE OF SERVICE

I hereby certify that the infromation given is true and correct and I has been sent by the United States Postal Service these documents will be sent to the following United States Attorney office Andrew O. Schiff Middle District of Alabama P.O. Box 179. Montgomery, AL 36101-0197 is well to Clerk office Middle District of Alabama post office, Box 711 Montgomery AL 36101-0711

Respectfully submitted
Patrick Bass Reg 11872-002
Federal correction complex USP Coleman II
G-1 P.O. Box 1034
Coleman, FL 33251-1034

Signature _Patrick Bass_    11872-002

Patrick Bass 11872-002 G-1
Federal Correctional Complex Coleman USP2
P.O. Box 1034
Coleman, FL 33251-1034

TAMPA FL 336
03 DEC 2007 PM 6 T



Middle District of ALABAMA
Office of the Clerk
Post Office Box 711
Montgomery, AL 36101-0711

Request For documents
IN
Case # 3:05cr112 WHA And case 3:07cv887 WHA
Page 14

Therefore, movant asks that the Court grant the following relief: I would like A Copy oF my guilty plea proceeding transcripts and Count (1) and Count (2) INDICTMENTS in case # 3:05cr112 WHA Patrick Bass usm 11872-002

or any other relief to which movant may be entitled. I am asking as well that the AFFidavit done by Christine Freeman and order by the Court on November 7 2007, that is to be Furnish to the United State Attorney and the petitioner. The AFFidavit was Filed on the 16 May the united state Attorney did receive there copy however the petitoner still has not receive his copy. See Copy oF order For AFFidavit case # 3:07cv887 WHA Failed to comply with Court order

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on Oct 1, 2007 received in Court Oct 3, 2007 (month, date, year).

Executed (signed) on November 30th 2007 (date).

Patrick Bass 11872-002
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion. _____

IN FORMA PAUPERIS DECLARATION

Patrick Bass 11872-002 I ask to proceed as a poor person
[Insert appropriate court]
* * * * *
middle District oF ALABAMA
oFFice oF the clerk
Post oFFice Box 711
montgomery, ALABAMA 36101-0711

```
Sales Invoice   ---S.B.U.---
Coleman FCC
USP2
Account No. 11872002      CDA3043
BASS, PATRICK LEMUEL
11/30/2007 11:28:31 AM TX#5012100   A1
------------------------------------------
BEGINNING BALANCES:
Available Balance is $0.92
Spending Limit Balance is $287.50
Account Balance is $0.92
==========================================
Qty    Description              Price
==========================================
1      40501 JOLLY RANCH        $0.70

                  Total         $0.70

Charge 11872002                 $0.70
------------------------------------------
Items marked with * are Local Use Only

ENDING BALANCES:
Available Balance is $0.22
Spending Limit Balance is $286.80
Account Balance is $0.22
```

_Store Officer Colem usp 2_
Signature
*** ALL SALES FINAL ***

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PATRICK LEMUEL BASS, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 3:07cv887-WHA |
| | ) (WO) |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the United States on November 7, 2007 (Doc. No. 3), and for good cause, it is

ORDERED that:

1. On or before November 16, 2007, Christine A. Freeman, former counsel for petitioner Patrick Lemuel Bass, shall (a) show cause why she has failed to file an affidavit in compliance with this court's order entered on October 10, 2007, and (b) file with this court and furnish the United States Attorney and the petitioner with copies of an affidavit addressing the claims of ineffective assistance of counsel presented in the petitioner's 28 U.S.C. § 2255 motion;

2. The motion for extension of time filed by the United States (Doc. No. 3) is GRANTED; and

3. The United States is GRANTED an extension from November 13, 2007, to and

including November 26, 2007, to file a response to the petitioner's § 2255 motion in compliance with this court's order entered on October 10, 2007.

Done this 7th day of November, 2007.

/s/Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

---

court order on motion

**(Facts)**

1) Christine Freeman did Furnish the goverment with the Affidavit 16th November 2007 petitioner Patrick Lemuel Bass did not receive this Affidavit to November 30th 2007. Failed to Comply with court order

**(Facts)**

court order Filed on October 10, 2007 As to the goverments response. The goverment shall Identify and produce all documents and Court records

① The goverment Failed to produce guilty plea proceeding and transcripts

② The goverment Failed to produce the Affidavit done by Christine Freeman these are pertinent documents in determination of the issues presented in this Claim

③ The petitioner Patrick Lemuel Bass asks that these document be produced. Before the Court imposed a deadline of December 17 2007 in which to answer to the goverment's response to the petitioner Patrick Lemuel Bass 2255 motion

④ The petitioner Patrick Lemuel Bass Does have the right to view documents used in the goverments response made against petitioner claim raised in his 2255 motion before having to answer to the goverment's response

**(Relief)**

1) The goverment should have attached these documents to there response.

2) The petitioner ask the Court that these documents be Furnish to Petitioner Patrick Lemuel Bass before having to answer to goverment response

CERTIFICATE OF SERVICE

I hereby certify that the infromation given is true and correct and I has been sent by the United States Postal Service these documents will be sent to the Following United States Attorney oFFice Andrew O. Schiff Middle District of Alabama P.O. Box 179, Montgomery, AL 36101-0197 s well to Clerk oFFice Middle District of Alabama post oFFice Box 711 Montgomery AL 36101-0711

Respectfully submitted
Patrick Bass Reg 11872-002
Federal Correction Complex USP Coleman II
G-1 P.O. Box 1034
Coleman, FL 33251-1034

Signature *Patrick Bass*  #11872-002