In the District Court of the United States
for the
Eastern Division

RECEIVED
2007 DEC 14 A 9:34
DEBRA P. HACKETT CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Motion for Extension of Time

Patrick Lemuel Bass
Petitioner,

United States of America
Respondent

Civil Action No: 3:07cv877-WHA
(wo)

## Grounds for Extension

1. The petitioner Patrick Lemuel Bass has still not received a copy of the Affidavit that was ordered to be furnished.

2. It was ordered by the court on October 10, 2007 and November 7, 2007 for Christine Freeman to furnish that Affidavit.

3. In those orders the former counsel for petitioner Patrick Lemuel Bass was ordered to furnish the petitioner with a copy of the Affidavit as to addressing claims made in petitioner's 28 USC 2255 motion of ineffective assistance of counsel.

4. The United States Attorney was ordered on October 10, 2007 to furnish any and all documents that was used in his response to the petitioner Patrick Lemuel Bass's 28 USC 2255 motion. These documents were to be attached to the response and the United States Attorney has failed to do so.

5. The United States Attorney did receive a copy of Christine Freeman's affidavit and referred to this affidavit but did not attach it or the guilty plea proceedings and sentencing transcripts in his response as was ordered by the court.

6. The United States Attorney has failed to be in compliance with the court order on October 10, 2007.

Certificate of Service

*Patrick Bass*

I hereby certify that December 11, 2007 I have mailed a copy by US Postal Service to the foregoing parties:

Andrew O Schiff
One Court Square Suite 201
Montgomery, Alabama 36104

and

Office of the Clerk
United States District Court
Po Box 711
Montgomery, Alabama 36101

From Petitioner: Patrick Lemuel Bass 11872-002
Federal Correctional Complex - USP2
Po Box 1034
Coleman, FL 33521

*Patrick Bass*