IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PATRICK LEMUEL BASS, | ) |
| Petitioner, | ) ) ) |
| v | )     Civil Action No. 3:07cv887-WHA |
| UNITED STATES OF AMERICA, | ) ) ) |
| Respondent. | ) |

**ORDER ON MOTION**

Upon consideration of Petitioner's motion for extension of time (Doc. No. 11), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that Petitioner be GRANTED an extension from December 17, 2007, to and including February 1, 2008, to file a reply to the government's response to Petitioner's 28 U.S.C. § 2255 motion in compliance with this court's order entered on November 26, 2007.

Done this 18th day of December, 2007.

                                      /s/Susan Russ Walker
                                      SUSAN RUSS WALKER
                                      UNITED STATES MAGISTRATE JUDGE