IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PATRICK LEMUEL BASS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v ) | Civil Action No. 3:07cv887-WHA |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**ORDER ON MOTION**

Upon consideration of the Request for Documents filed by Petitioner on December 5, 2007 (Doc. No. 10), and for good cause, it is

ORDERED that:

1. Petitioner's motion (Doc. No. 10) is GRANTED to the extent that Petitioner requests copies of the transcripts of the guilty plea hearing and sentencing hearing in his case. Petitioner is advised that the requested transcripts are in the process of being prepared and that, when they are completed, the Clerk will furnish copies to Petitioner. The court notes that Petitioner's reply to the government's response to his § 2255 motion is currently due on February 1, 2008. Should it become necessary, the court will enter additional orders allowing Petitioner twenty days from the date he is provided with the requested transcripts to file a reply to the government's response.

2. To the extent that Petitioner requests a copy of the indictment in his case, the

motion is DENIED, as the government attached a copy of the indictment to its response mailed to Petitioner on November 21, 2007. (*See* United States' Response to § 2255 Motion, Doc. No. 7/Attachment # 1.)

In the interest of judicial economy, the Clerk is DIRECTED to furnish a copy of attorney Christine A. Freeman's affidavit (Doc. No. 5) to Petitioner.

DONE, this 21st day of December, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE