In the District Court of the United States
for the Middle District of Alabama
Eastern Division

Patrick Lemuel Bass
Petitioner

vs   Civil Action No. 3:07CV887WHA

United States of America

## Motion for Extension of Time

The petitioner filed a motion asking the court to grant copies of the transcripts of the guilty plea hearing and sentencing hearing in his case.

The petitioner has still not received these documents and at this time requests the court to give the additional time of twenty (20) days for the clerk of court to comply with the order to furnish the requested documents that was ordered to be furnished to the petitioner Patrick Lemuel Bass.

*Patrick L Bass*

Certificate of Service

I hereby certify that the information is true and correct and has been sent by the United States postal service. These documents will be sent to the following:

United States Attorneys Office Andrew O Schiff
Middle District of Alabama
Po Box 179
Montgomery, AL 36101-0179

And

Clerks Office Middle District of Alabama
Po Box 711
Montgomery, AL 36101-0711

Patrick L. Buss

Patrick L Bass 11872-002
Federal Correctional Complex
USP-2
Po Box 1034
Coleman, FL 33521

TAMPA FL 335
SAINT PETERSBURG FL
31 JAN 2008 PM 3 T

Clerks Office
Middle District of Alabama
P.O. Box 711
Montgomery, AL 36101-0711

36101+0711