IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICK LEMUEL BASS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV. NO. 3:07cv0887-WHA |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**<u>CONFLICT DISCLOSURE STATEMENT</u>**

COMES NOW the United States, Defendant in the above-captioned matter, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and in accordance with the February 6, 2008, Order of this Court, makes the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

❑    This party is an individual, or

☒    This party is a governmental entity, or

❑    There are no entities to be reported, or

☒ The following entities and their relationship to the party are hereby reported: None.

Dated this the 6th day of February, 2008.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/Andrew O. Schiff
ANDREW O. SCHIFF
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
(334) 223-7280
(334) 223-7135 fax
andrew.schiff@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICK LEMUEL BASS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV. NO. 3:07cv0887-WHA |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant: Patrick Lemuel Bass, #11872-002, Coleman II, U.S. Penitentiary, Inmate/Mail Parcels, P.O. Box 1034, Coleman, Florida 33521.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY


/s/Andrew O. Schiff
ANDREW O. SCHIFF
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
(334) 223-7280
(334) 223-7135 fax
andrew.schiff@usdoj.gov

-3-