IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PATRICK LEMUEL BASS,  ) | |
| ) | |
| Petitioner,  ) | |
| ) | |
| v  ) | Civil Action No. 3:07cv887-WHA |
| ) | |
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Respondent.  ) | |

**O R D E R**

The transcripts requested by Petitioner in this case have been completed. Accordingly, the Clerk is DIRECTED to provide Petitioner with copies of the transcripts of his guilty plea hearing and sentencing hearing. It is further

ORDERED that Petitioner is GRANTED an extension from February 25, 2008, to and including March 7, 2008, to file a reply to the government's response to his § 2255 motion in compliance with this court's order entered on November 26, 2007.

Done this 12th day of February , 2008.

      /s/Susan Russ Walker
      SUSAN RUSS WALKER
      UNITED STATES MAGISTRATE JUDGE