IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PATRICK LEMUEL BASS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v ) | Civil Action No. 3:07cv887-WHA |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**ORDER ON MOTION**

On February 29, 2008 (Doc. No. 19), Petitioner filed a pleading styled as a "*Motion to Compel Service of Affidavit and for Extension of Time in Which to Reply to Government's Response to Petitioner's § 2255 Motion.*" In this pleading, Petitioner maintains, *inter alia*, that he has not received a copy of attorney Christine A. Freeman's affidavit addressing claims of ineffective assistance of counsel presented in Petitioner's § 2255 motion. Accordingly, and in the interest of judicial economy, the CLERK is DIRECTED to provide Petitioner with a copy of Ms. Freeman's affidavit filed in this court on November 16, 2007 (Doc. No. 5).

Furthermore, and for good cause, it is

ORDERED that Petitioner's motion for extension of time (Doc. No. 19) be and is hereby GRANTED. It is further

ORDERED that Petitioner be and is hereby GRANTED an extension from March 7,

2008, to and including March 28, 2008, to file a reply to the government's response to Petitioner's § 2255 motion in compliance with this court's order entered on November 26, 2007

    Done this 29th day of February, 2008.


                        /s/Susan Russ Walker
                        SUSAN RUSS WALKER
                        UNITED STATES MAGISTRATE JUDGE