IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PATRICK LEMUEL BASS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v | )  Civil Action No. 3:07cv887-WHA |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**O R D E R**

Upon review of the reply filed by Petitioner on March 26, 2008 (Doc. No. 21), the court deems it necessary (a) for Petitioner's former counsel to file a supplemental affidavit that addresses Petitioner's contention that he asked counsel to file an appeal on his behalf and (b) for the United States to file a supplemental response that addresses Petitioner's claim that his counsel was ineffective for failing to appeal. Accordingly, and for good cause, it is

ORDERED that:

1. On or before April 16, 2008, attorney Christine A. Freeman shall file with this court and furnish the United States Attorney and Petitioner with copies of an affidavit addressing Petitioner's claim that he asked counsel to file an appeal on his behalf;

2. On or before April 25, 2008, the United States shall file a supplemental response that addresses Petitioner's claim that his counsel was ineffective for failing to appeal.

Done this 27th day of March, 2008.

                                        /s/Susan Russ Walker
                                        SUSAN RUSS WALKER
                                        UNITED STATES MAGISTRATE JUDGE