IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Civil Action No. 3:07-cv-887-WHA |
| V.                                    ) | (3:05-CR-00112) |
| ) | |
| PATRICK BASS               ) | |

## AFFIDAVIT

STATE OF ALABAMA            )
COUNTY OF MONTGOMERY  )

I, **CHRISTINE A. FREEMAN,** being duly sworn, states as follows:

1. I am employed by the office of the Federal Defender for the Middle District of Alabama.

2. I was assigned as trial counsel for Patrick Bass, in Case No. 3:05-CR-00112.

3. This Affidavit is filed in response to the Court's Order of March 27, 2008 (Doc. 22).

4. The judgment in Mr. Bass' criminal conviction and sentence was entered on October 12, 2006.

5. On October 12, 2006, undersigned counsel sent Mr. Bass a letter, asking Mr. Bass to contact undersigned counsel immediately if he wished to appeal the sentence imposed in his case.

6. To the best of undersigned counsel's review and recollection, Mr. Bass did not request that counsel file an appeal in his case.

    Further Affiant saith not.

                                                      **CHRISTINE A. FREEMAN**

STATE OF ALABAMA      )
MONTGOMERY COUNTY  )

    I, the undersigned authority, a Notary Public in and for said State of Alabama at Large, do hereby certify that **CHRISTINE A. FREEMAN**, whose name is signed to the foregoing Affidavit and who is known to me, acknowledged before me, on this day, that being informed of the contents of said instrument, she executed the same voluntarily, on the day the same bears date.

    **GIVEN** under my hand and official seal this April 11, 2008.

**(SEAL)**                      Notary Public
                                  My Commission Expires: 11-8-11

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Andrew Schiff, Esq., Assistant United States Attorney, Montgomery, AL 36104 and to Mr. Patrick L. Bass, 11872-002, P.O. Box 1034, Coleman, Florida 33521.

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org