IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PATRICK LEMUEL BASS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:07-cv-0887-WHA-SRW |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

COMES NOW, Richard K. Keith, and hereby gives his Notice of Appearance as court-appointed counsel representing Patrick Lemuel Bass in the above-styled cause.

Respectfully submitted this 2nd day of May, 2008.

s/ Richard K. Keith
**RICHARD K. KEITH (KEI003)**
Attorney for Plaintiff
**KEITH & DUBIN, P.C.**
22 Scott Street
Montgomery, AL 36104-4012
Telephone: (334) 264-6776
Facsimile: (334) 265-5362

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

   Andrew O. Schiff, AUSA
   Post Office Box 197
   Montgomery, AL 36101-0197

s/ Richard K. Keith
**OF COUNSEL**