**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 6, 2008

# NOTICE OF CORRECTION

**From:** Clerk's Office

**Case Style:** Bass v. United States of America

**Case Number:** 3:07cv00887-WHA

**This Notice of Correction was filed in the referenced case this date to attach the correct PDF document previously attached.**

**The correct PDF document is attached to this notice for your review. Reference is made to document # 28 filed on June 05, 2008.**

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **PATRICK L. BASS,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| v. ) | Case No.   3:07-cv-0887-WHA |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Respondent.** ) | |

**PETITIONER'S EXHIBIT LIST**

**COMES NOW** the Petitioner, Patrick L. Bass, by and through the undersigned counsel and lists the following exhibits which may be used in the above styled cause:

1. Indictment

2. Plea Agreement

3. Presentence Investigation Report

4. Letter dated 10-12-2006

5. Affidavit of Christine Freeman

6. Case law (U.S. v. Hodge)

7. Case law (U.S. v. Lighthill)

8. Case law (U.S. v. Morales)

Respectfully submitted this 5th day of June, 2008.

>s/ Richard K. Keith
>**RICHARD K. KEITH (KEI003)**
>Attorney for Defendant
>**KEITH & DUBIN, P.C.**
>22 Scott Street
>Montgomery, AL  36104-4012
>Telephone:  (334) 264-6776
>Facsimile:   (334) 265-5362

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Andy Schiff, AUSA
>Post Office Box 197
>Montgomery, AL  36101-0197

>s/ Richard K. Keith
>**OF COUNSEL**