IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PATRICK LEMUEL BASS, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | CIVIL ACTION NO. 3:07cv887-WHA<br>(WO) |

### FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered on this day in this case,

Final Judgment is entered in favor of the Respondent, United States of America, and against the Petitioner, Patrick Lemuel Bass.

DONE this 18th day of November, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE